JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DRITA KESSLER,<br><br>        Debtor.<br>_____<br><br>DRITA KESSLER,<br><br>        Appellant,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, et al.<br><br>        Appellee, | Case No. 2:24-CV-02383-JLS<br><br>BK Case No. 1:22-BK-11504-VK<br><br>**JUDGMENT** |

    Judgment is hereby entered in accordance with this Court's March 11, 2025 Order Affirming the Bankruptcy Court Orders.

DATED: March 12, 2025

    Clerk, United States District Court

              /s/ Kelly Davis
    _____

    Kelly Davis, Courtroom Deputy Clerk

**cc: BK Court**